FILED
Date: 07/19/22

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:22-cr-41-GAP-PRL
8 U.S.C. § 1326(a)

DARINEL NATAREN-ZAVALA
a/k/a Darinel Nataren

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 2, 2022, in the Middle District of Florida, the defendant,

DARINEL NATAREN-ZAVALA
a/k/a Darinel Nataren,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about November 12, 2017; December 5, 2017; January 27, 2020; and April 15, 2020, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
William S. Hamilton
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
July 22

No. 5:22-cr-

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

DARINEL NATAREN-ZAVALA
a/k/a Darinel Nataren

INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

███████████████
███████████████

Foreperson

Filed in open court this 19th day

of July 2022.

_____M. Tayer_____
Clerk

Bail $_____

GPO 863 525